


CLEARED X-RAY SCH...



7008 0150 0003 0906 2100

CERTIFIED MAIL

CLERK OF THE DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
240 US POST OFFICE & COURTHOUSE
617 STATE STREET
ERIE, PA.   16501

...SON POLANCO   # 10825-068
...X 605
TX.   76837