IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

................

CR-99-39-ERIE

................

UNITED STATES OF AMERICA,

        plaintiff/Respondent,

vs.

FILED

JUN 16 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

ERICKSON POLANCO,

        Defendant/Petitioner,

..............................................................

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

..............................................................

    COMES NOW the Petitioner, **ERICKSON POLANCO**, acting Pro Se and in Forma Pauperis, and respectfully moves this Honorable Court for an Order appointing counsel pursuant to 18 U.S.C. § 3006A (c) and Federal Rule of Criminal procedure 44.

Public Defender represented Petitioner through sentencing, but has since withdrawn. Petitioner was found indigent by this Court and his financial situation has not changed since.

**WHEREFORE,** Petitioner respectfully requests this Honorable Court appoints him counsel in the above captioned cause to argue the merits of his Mption pursuant to **TITLE 18 § 3582(c)(2).**

Petitioner declares and certifies that the foregoing is true and correct under penalty of perjury. Executed this __2__ of June, 2008.

Respectfully submitted,

Erickson Polanco   # 10825-068
Federal Inmate Acting Pro Se
P.O. Box 605
Eden, Texas   76837

# Certificate Of Award

*This Certifies That*

**Erick Polanco**

*of*

**Federal Correctional Institution – Loretto, PA**

*Has Been Awarded This Certificate For*

**F.C.I. Loretto Christmas Craft Exchange Program**

**Date December 18, 2003**

_____
J. Marquis, S.O.E.

_____
B. Mesaros, Rec. Spec.

# Certificate of Award

This Certifies that

**ERIC PALONCO**

has been awarded this certificate for

**MUSIC THEORY I**

Federal Correctional Institution-McKean, PA

Date: MARCH 1, 2001

_____
CHARLES KAY, INSTRUCTOR

_____
RON GRESKO, REC. SPEC.



# Certificate of Award

*This Certifies that*

ERICK POLANCO

*has been awarded this certificate of*

## Federal Correctional Institution - Loretto, PA

English as a Second Language [ESL]

Date: June 6, 2007

K. Stolz, ESL Instructor

# Certificate of Completion

May it be known that this Certificate has been presented to

**ERICK PALONCO**

For the successful completion of

MUSIC THEORY

Presented this  Fifteenth  Day of  March, 2004



M.C. Stolz, ACE Coordinator

# Certificate Of Award

*This Certifies That*

**Eric Palanco**

*Of*

*Federal Correctional Institution – Loretto, PA*

*Has Been Awarded This Certificate For*

*F.C.I. Loretto Christmas Craft Exchange Program*

**December 14, 2005**

J. Marquis, S.O.E.

B. Mesaros, Rec. Spec.